# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNE L. MESSEK, | Case No. 1:18-cv-01617-DAD-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERING CASE** |
| EVOLUTIONAL EGYPT, CATHEY BANK, | |
| Defendants. | |

On November 26, 2018, Plaintiff Tonne L. Messek, proceeding pro se, filed a complaint against Defendants Evolutional Egypt and Cathey Bank, along with an application to proceed *in forma pauperis*. (Docs. 1 & 2.) The complaint appears to allege claims arising from debts Plaintiff owes to Defendants and Defendants' conduct toward Plaintiff. The complaint provides no addresses for Defendants, and Plaintiff's address is in Vallejo, California.

Pursuant to Rule 120(f) of the Local Rules of the United States District Court for the Eastern District of California, a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Plaintiff's complaint contains no allegations

that mention any incidents occurring in, or any connection whatsoever to, the Fresno Division of the Eastern District of California. The only geographic information in the complaint is Plaintiff's address in Vallejo, California, which is in the Sacramento Division of the Eastern District of California. Therefore, in view of the connection to the Sacramento Division and lack of connections to the Fresno Division, this case should be transferred to the Sacramento Division of the Eastern District of California

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **November 29, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE